## SAMSON v. HUNT.

A suit in chancery will not lie where there is adequate remedy at law, a decree in chancery must find the facts, which warrant it.

ERROR to reverse a decree of the County Court in chancery; upon a petition brought by Hunt against Samson; showing that he gave his note for £30 to said Samson for a tract of land in the state of Vermont; that said Samson affirmed to him that he had a good title, when in fact he had no title to it, which he knew; whereby he is defrauded of said land, and said Hunt has put said note in suit. Praying for a remedy, etc. and that said note be declared void.

Plea in abatement — That the petitioner has adequate remedy at law. The plea was overruled, and said court proceeded and decreed said note to be void, without finding any facts to warrant the decree.

Judgment — Manifest error. On the ground that the plea in abatement was sufficient; and that no facts were found by the court, wherefore said note should be made void.

This cause was carried by error to the Supreme Court of Errors, and judgment was affirmed.